IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JERMIE L. GROVES, | : |
| *Plaintiff*, | : Case No. 1:25-cv-479 |
| vs. | : Judge Jeffery P. Hopkins |
| CHAE HARRIS, *Warden, Warren Correctional Institution, et al.*, | : |
| *Defendants*. | : |

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Chelsey M. Vascura on July 16, 2025. Doc. 3. Having performed an initial screen of Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, the Magistrate Judge determined that Plaintiff may proceed on her claims for injunctive relief against Warden Harris in his official capacity but recommends that Plaintiff's remaining claims be dismissed for failure to state a claim on which relief may be granted. The Court has reviewed Plaintiff's Complaint and the Report and Recommendation. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio

Oct. 28, 2022). Accordingly, Plaintiff's remaining claims are **DISMISSED** under §§ 1915A(b) and 1915(e) for failure to state a claim on which relief may be granted.

    **IT IS SO ORDERED.**

Dated: August 8, 2025

                                                                   Hon. Jeffery P. Hopkins
                                                                   United States District Judge