IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Jermie L. Groves, | : | Case No. 1:25-cv-479 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| Shae Harris, *et al.*, | : | Order Closing Case |
| Defendants. | : | |

This matter is before the Court on the September 18, 2026 Report and Recommendation (Doc. 16) on the Court's August 25, 2026 Order to Show Cause. (Doc. 15.) In the Report and Recommendation, the Magistrate Judge recommends dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. (Doc. 16.)

As set forth by the Magistrate Judge, after Plaintiff failed to participate in her case for over a year, on July 24, 2026, the Court ordered Plaintiff "to file a notice, **ON OR BEFORE AUGUST 14, 2026**, indicating whether she intends to oppose Defendant's Motion for Summary Judgment." (Doc. 14 at PageID 117) (emphasis in original). Plaintiff was cautioned that failure to comply with the Court's Order may result in dismissal of her case without prejudice. (*Id.*) Plaintiff did not file a notice as ordered by the Court. Therefore, on August 25, 2026, the Court issued a Show Cause Order ordering Plaintiff to show cause within 14 days as to why the Court should not dismiss her action without prejudice for failure to prosecute. (Doc. 15 at PageID 118.) Again, Plaintiff was cautioned that failure to show cause may result in dismissal of the action without prejudice for failure to prosecute. (*Id.*) Plaintiff failed to show cause or otherwise respond to the Court's Order.

On September 18, 2026, the Magistrate Judge issued the currently pending Report and Recommendation in which she recommends this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.[1] (Doc. 16.) The Magistrate Judge also recommended that the Court order Plaintiff to list 1:25-cv-479 as a related case if she re-files this action. (*Id.* at PageID 121.) Plaintiff did not file any objections or otherwise respond to the Report and Recommendation.

As Plaintiff has failed to respond to multiple Court orders or the pending Report and Recommendation recommending dismissal of this action, the Court finds the Report and Recommendation to be well-taken. Plaintiff has failed to prosecute this action and was on notice that continued failure to do so would result in dismissal of this action without prejudice. As such, the Court **ADOPTS** the Report and Recommendation. (Doc. 16.) This action is **DISMISSED WITHOUT PREJUDICE**, and Plaintiff is ordered to list 1:25-cv-479 as a related case if she re-files this action.

**IT IS SO ORDERED**.

Dated: 10/20/2026_

S/Susan J. Dlott___________________
Judge Susan J. Dlott
United States District Court

---

[1] The Undersigned agrees with the Magistrate Judge that dismissal with prejudice is too harsh a result and that dismissal without prejudice is appropriate in these circumstances.